

IN THE UNITED STATES
District Court for the
Northern District
of
Illinois, Eastern
Division

FILED
Mar 11, 2008
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Lisa Henderson & Anthony Bowes
vs
Elgin Mental Health Center, ET, AL
Civil case no. 94 0055

To: Clerk of the United
States District court for
Northern District of Illinois
219 S. Dearborn, Chicago
IL 60604

To: Dr. Abraham
750 S. State
Street, Elgin
Illinois, 60123

Notice of filing

Please take notice the Movant has cause to be filed the ____ day of March before the Northern District Clerk for the U.S. court. The Movant sent the Motion U.S. Postal Mail from Elgin Mental Health Center located at 750 S. State street Elgin Illinois 60123

(1) Motion for Contempt of court order pursuant to civil No. 94 C0055

(2) Notice of filing

Respectfully submitted
m. R

IN THE UNITED STATES
District Court for the
Northern District
of
Illinois
Eastern Division

FILED
Mar 11 2008
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LISA HENDERSON & ANTHONY BOWENS
VS                              Civil Case No. 94 C 0055
Elgin Mental Health Center, ET, AL

Motion For Contempt of court
ORDER pursuant to civil No. 94 C 0055

Now comes Larry Maurice Banks pursuant to Civil No 94 C 0055 inter Alia, A order was Enter due to the plaintiff filing An injunction Relief.

MEMORANDUM OPINION AND ORDER

1) This is a class action brought by certain persons confined at facilities ("DMHDD"). Plaintiffs are persons who are not currently represented by counsel in proceeding challenging their current confinement. Plaintiff contends that defendants, the Director of DMHDD and two other supervisory officials of DMHDD, have violated their constitutional right by failing to provide for meaningful

access to the courts to challenge or seek modifications of their confinement.

FOOTNOTES

1.) This term (NGRi) will also be used to refer to persons confined following being found not Guilty by reason of Insanity.

2.) Plaintiffs' claim are limited to access to modify their confinement or obtain release pursuant to 730 ILCS 5/5-2-4. They do not raise any issue concerning their access for pursuing other litigation.

3) The Movant cites orders were enter into the Plaintiff favor & the Defendants haven't conform the Procedure into a language, which the "Patient" may understand their No Statute or hands Books in the facility which raise the Attention to the Statute 730 ILCS 5/5-2-4(a).

4) The Movant States the Elgin mental Health Center Superintendent ~~~~~~~~~~ hasn't followed the order of the court.

5) The Statute also Provides "Every Defendant acquitted of a felony by reason of insanity and subsequently found to be Subject to involuntary admission or in need

of Mental Health Services shall be represented by counsel in all proceedings under this section and under the Mental Health and Developmental Disabilities Code" Id §s 5-2-4(c)......

THE Movant states the Plaintiff injunctive Relief only, Specifically and order Requiring that DMHDD provide the following:

(1) Notice of NGRI's of their RIGHT to petition the court for discharge, conditional release, or transfer (as Provided in 730 ILCS 5/5-2-4(e)

(2) Notice of the Procedures for filing Such Petitions with a court.

(3) Forms for filing such Petitions.

(4) Assistance from DMHDD Personnel in completing the forms.

(5) Assistance with the filing of the Petitions.

(6) Assistance with obtaining Court dates for presenting the Petitions.

(7) Transportation to court to present the Petition, or Someone Appearing in court

on the NGRI's defense.

THE "INJUNCTION RELIEF" WAS granted in the Plaintiff's favor, as of today the Plaintiff came into the custody of Elgin Mental Health center, and read the Hand-Books for NGRI'S and their was known information in the hands Books, nor was their no information in the facility Library, which give Reference to NGRI's for information Showing "Patient" how to file a Petition for Transfered or Petitioning the court By way of writ of HaBeas corpus nor for filing post conviction Relief Motions.

The Movant states the Elgin Mental Health center is in contempt of court, by way of court order which came By way of INJUNCTIVE RELIEF......

THE Movant states he's not a original Party to the suit, but by legal standards He's Detained in the "Elgin mental Health center", and the conditions of the Patients obtaining freedom by way of Petition to the court is hiden & not Brong to their Attention..........

## Ground for Relief

The Movant Pray wherefore the Court grant Relief in the Motion For Contempt of Court order, pursuant to Civil no. 94 c 0055 & Mandate the Defendant's to Bring their Standards for Petitions in pursuant 730 ILCS 5/5-2-4 (a) up to Constitutional Standards in the facility of Elgin Mental Health Center.

(1) The Movant Would like Such Material To be place on the Board in the NGRI's Units given the "Patients" Notice That they can file Such "Petitions".

(2) The Movant would like for information on the Lawyer or Agency one handles the filing of Such Doccuments for the Patients.

(3) The Movant States A None-Lawyer in the filing of the "Patients" Petitions is not Sufficient and leaves the Patients Helpless At the hands of the State Actors, Case managers, Doctor's Because of the Power they have in the facility.

(4) The Movant States More then one Lawyer is needed for Patients, because of the Numberous Petition that may be file.

RESPECTFULLY SUBMITTED

In The United States
District Court for the
Northern District
of
Illinois Eastern
Division

Lisa Henderson & Anthony Bowens
Vs                          Civil case no: 94 c 0055
Elgin Mental Health Center, ET. Al.

To: clerk of the United          To: Dr. ABraham
States District court for         750 S. State
Northern District of Illinois     Street, Elgin
219 S. Dearborn chicago           Illinois
IL, 60604                         60123

### Certificate of Service

The Movant Larry Maurice, Banks
cause to be served on the Defendant
Elgin Mental Health Center the following
Motion for Contempt of Court order
under case No: 94c0055. The Movant
has sent the Motion out Via U.S.
Postal Mail from the Location of
219 S. State Street Elgin Illinois
60123.

Respectfully
1) Motion for contempt    Submitted
of Court                  Larry M. B____
2) Notice of filing