# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 94 C 55 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Henderson vs. McDonald | | |

**DOCKET ENTRY TEXT**

Rule 71 third party beneficiary motion to compel and motion for sanctions [90] is denied without prejudice. Olsson may assist Ramirez and Ali in preparing a motion or other pleadings that they may desire to file. However, the pleading must be submitted by and directly signed by Ramirez and Ali. Because Olsson is not an attorney, he may not file pleadings on behalf of others. Since the present pleading is signed by Olsson and submitted by him on behalf of the other two, it is improper. The motion is denied without prejudice to Ramirez and/or Ali submitting pleadings on their own behalf, with each movant signing the pleading on his own behalf. Also, any submission in the present case must be limited to the injunctive relief previously granted, not directed to general issues of access to court.

Docketing to mail notices, Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | cw |
|---|---|---|